UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CV-21966-ALTONAGA/O'SULLIVAN

JORGE ANDRES REYES MONTES, a/k/a )
JORGE ANDRES MENDOZA REYES )
)
        Plaintiff, )
    vs. )
)
COLLINS & 74TH STREET, INC. and )
MOHAMMED HOSSAIN, )
)
        Defendants. )
_____ )

## PLAINTIFF'S STATEMENT OF CLAIM

**COMES NOW** Plaintiff, JORGE ANDRES REYES MONTES, a/k/a JORGE ANDRES MENDOZA REYES, by and through undersigned counsel, and files this Plaintiff's Statement of Claim[1], pursuant to Court Order entered on May 26, 2015 [D.E. 5], and state as follows:

Total period of claim: September 1, 2014 – April 15, 2015: 32 weeks.

1. Period One: September 1, 2014 – October 31, 2014: 8 weeks (rounded down).

    a. Average hours over 40 hours worked per week: 15

    b. Average hourly rate of pay: $9.00.

    c. Applicable halftime overtime rate: $4.50.

    d. Amount of overtime paid for overtime hours worked: $0.00.

    e. Claim for Period One: $4.50 per hour, multiplied by 15 overtime hours per week, multiplied by 8 weeks equals $540.00.

---

[1] Plaintiffs' First Amended Complaint filed on June 9, 2015 [D.E. 13] claims damages for retaliation suffered by Plaintiff and caused by Defendants. The damages claimed by Plaintiff for retaliation are not included here in Plaintiff's calculation of his overtime claim.

2. Period Two: November 1, 2014 – January 31, 2015: 13 weeks (rounded down).

   f. Average hours over 40 hours worked per week: 50

   g. Average hourly rate of pay: $9.00.

   h. Applicable halftime overtime rate: $4.50.

   i. Amount of overtime paid for overtime hours worked: $0.00.

   j. Claim for Period Two: $4.50 per hour, multiplied by 50 overtime hours per week, multiplied by 13 weeks equals $2,925.00.

3. Period Three: February 1, 2015 – April 15, 2015: 10 weeks (rounded down).

   k. Average hours over 40 hours worked per week: 15

   l. Average hourly rate of pay: $9.00.

   m. Applicable halftime overtime rate: $4.50.

   n. Amount of overtime paid for overtime hours worked: $0.00.

   o. Claim for Period One: $4.50 per hour, multiplied by 15 overtime hours per week, multiplied by 10 weeks equals $675.00.

**TOTAL CLAIMED: $4,140.00 doubled for liquidated damages equals $8,280.00, along with fees and costs.**

    Respectfully Submitted,

    J.H. Zidell, P.A.
    300 71st Street, Suite 605
    Miami Beach, Florida 33141
    Tel: (305) 865-6766
    Fax: (305) 865-7167
    *Attorneys for Plaintiff*

    By: /s/ Julia M. Garrett
    Julia M. Garrett, Esq.
    jgarrett.jhzidellpa@gmail.com
    Florida Bar Number: 105151

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on June 9, 2015. As of June 9, 2015, no attorney has made an appearance on behalf of Defendants.

>J.H. Zidell, P.A.
>300 71st Street, Suite 605
>Miami Beach, Florida 33141
>Tel: (305) 865-6766
>Fax: (305) 865-7167
>*Attorneys for Plaintiff*
>
>By: /s/ Julia M. Garrett
>Julia M. Garrett, Esq.
>jgarrett.jhzidellpa@gmail.com
>Florida Bar Number: 105151