UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
CASE NO 15-21966-cv-O'SULLIVAN


JORGE ANDRES REYES MONTES, a/k/a
JORGE ANDRES MENDOZA REYES

       Plaintiff,

v.

COLLINS & 74TH STREET, INC. d/b/a
M & L Market and MOHAMMED S.
HOSSAIN, individually,

       Defendants .

_____/

## DEFENDANTS RULE 45 NOTICE
## OF SERVICE OF SUBPOENA DUCES TECUM

      Pursuant to Rules 34(c) and 45, Fed. R. Civ.P., the attached Subpoena Duces

Tecum without Deposition will be served on Baptist Hospital, 8900 N. Kendall Drive, Miami,

FL for the records described.

                         LANGBEIN & LANGBEIN, P.A.
                         Counsel for the Defendants
                         8181 NW 154th Street, Suite 105
                         Miami Lakes, FL 33016
                         (Tel) (305) 556-3663
                         (Fax) (305) 556-3647
                         Email: langbeinpa@bellsouth.net


      I HEREBY CERTIFY that a copy of the foregoing was filed electronically on 2/23/16, through CM/ECF and that a copy of the foregoing will be served via notification through CM/ECF on all counsel or parties of record on the attached service list:

                    By: __Leslie W. Langbein,____

                         Leslie W. Langbein, Esq.
                         Fla. Bar No. 305391

<u>SERVICE LIST</u>

J. H. Zidell, Esq.
J.H. ZIDELL, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Attorney for the Plaintiff
Email: zabogado@aol.com