AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

Jorge Andres Reyes Montes
*Plaintiff*

v.      Civil Action No. 15-21966-CIV-O'Sullivan

Collins & 74 Street, Inc d/b/a M&L Market,
Mohammed S. Hossain
*Defendant*

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Records Custodian, Baptist Hospital of Miami
8900 N. Kendall Dr., Miami, FL. 33176

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Copies of all documents in your custody, possession or control relating to Jorge Andres Reyes Montes, SS xxx-xx-8943, DOB: xx/xx/86. See attached Exhibit "A" for full request. You must also execute the attached "Declaration of Authenticity"

| Place: Langbein & Langbein, P.A.<br>8181 NW 154 St., Suite 105<br>Miami Lakes, FL. 33016 | Date and Time:<br>03/04/2015 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

_____      _____
*CLERK OF COURT*

_____      _____
*Signature of Clerk or Deputy Clerk*      *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____, who issues or requests this subpoena, are:

Collins & 74 Street, Inc d/b/a M&L Market, Mohammed S. Hossain
Langbein & Langbein, P.A. 8181 NW 154 St., Suite 105, Miami Lakes, FL. 33016 langbeinpa@bellsouth.net

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## DECLARATION OF AUTHENTICITY

I, _____, HEREBY CERTIFY that I am the Wells Fargo, Records Custodian Subpoena Processing Department MAC S3928-020 15615 NW 67TH AVE, MIAMI LAKES, FL, 33014 and that the copies attached to this Certification are true and accurate copies of records which are kept in our office. The original records were made in the normal course of business at or near the time of the event or occurrence which is recorded. The records are part of the regularly conducted business activities of my office and were made as part of the office's regular and routine practices.

WELLS FARGO

By: _____
    (Signature)

    _____
    (Type Name)

Its: _____
     Title/Position

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

The foregoing instrument was executed before me on _____, 2016 by _____, who holds the position of _____, at _____.

WELLS FARGO, who is personally known to me [or who produced _____ as identification] and who took an oath.

_____
NOTARY PUBLIC