UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-21966-CIV-O'SULLIVAN

[CONSENT]

JORGE ANDRES REYES MONTES,

    Plaintiff,

v.

COLLINS & 74TH STREET, INC.,
et al.,

    Defendants.
_____/

**ORDER**

THIS MATTER is before the Court following an informal discovery conference held before the undersigned on April 19, 2016. Having held a hearing in this matter and for the reasons stated on the record, it is

ORDERED AND ADJUDGED that Mohammed Hossain shall appear for deposition in this matter on or before April 29, 2016. If the parties are unable to agree to a date, time, and location for the deposition of Mohammed Hossain, the deposition shall occur on April 29, 2016, at 10:00 AM at the office of Leslie W. Langbein, Esq., 8181 NW 154th Street, Suite 105, Miami Lakes, Florida 33016. It is further

ORDERED AND ADJUDGED that if Mohammed Hossain contends that he is unable to appear for deposition due to medical reasons on or before April 29, 2016, Mohammed Hossain shall file evidence with this Court as to why he is unable to appear for deposition in the requisite time period, and the defendant shall set this matter for an informal discovery conference regarding same. It is further

ORDERED AND ADJUDGED that the defendant shall provide the plaintiff with responses to the outstanding discovery on or before April 22, 2016.  It is further

ORDERED AND ADJUDGED that the parties shall mediate this matter on or before May 6, 2016.  It is further

ORDERED AND ADJUDGED that summary judgment motions are due in this matter on or before May 11, 2016.  It is further

ORDERED AND ADJUDGED that no deadlines, not specifically addressed in this Order, are extended in this matter.

DONE AND ORDERED in Chambers at Miami, Florida, this **19th** day of April, 2016.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided:
All counsel on record